1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   LISA HERRICK, Deputy County Counsel (S.B. #157115)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4

5  Attorneys for Defendants

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

                                                      *E-FILED - 12/22/05*
10                        SAN JOSE DIVISION

11  CLEVELAND PRINCE,              )  No. C03-04303 RMW
                                   )
12          Plaintiff,              )
                                   )  STIPULATION FOR DISMISSAL WITH
                                   )  PREJUDICE AND ENTRY OF JUDGMENT
13  v.                             )  AND ORDER
                                   )
14  COUNTY OF SANTA CLARA, BOARD   )
    OF SUPERVISORS OF THE COUNTY   )
15  OF SANTA CLARA, PROBATION      )
    DEPARTMENT OF THE COUNTY OF    )
16  SANTA CLARA, JOHN CAVALLI,     )
    HAROLD McLEAN, KAREN           )
17  FLETCHER, GARY SANCHEZ         )
    individually, and DOES 1 through 50, )
18  inclusive,                     )
                                   )
19          Defendants.            )
                                   )
20  _____)

21                               **STIPULATION**

22      IT IS HEREBY STIPULATED by and between plaintiff, Cleveland Prince, and defendants,

23  County of Santa Clara, Probation Department of the County of Santa Clara, and John Cavalli,

24  through their undersigned counsel, that the entire action be dismissed with prejudice as to all

25  defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

26      IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter judgment

27  dismissing the entire action with prejudice.

28  //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice
and Entry of Judgment and Order            1              C03-04303 RMW

IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorneys' fees.

Dated: 11/30, 2005

_____
CHARLES A. BONNER
Attorney for Plaintiff

Dated: nov 29, 2005

_____
LISA HERRICK
Deputy County Counsel
Attorney for Defendants

ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

2. The clerk shall enter judgment dismissing the entire action with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Dated: 12/22/05

/S/ RONALD M. WHYTE
JUDGE OF THE DISTRICT COURT

S:\Main\Litigation\Prince\Pleadings\Dismissal.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice
and Entry of Judgment and Order

2

C03-04303 RMW